```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
BUSINESS MANAGEMENT
INTERNATIONAL, INC.,                :

              Plaintiff,            :      ORDER

       - against -                  :      05 Civ. 6738 (MHD)

LABYRINTH BUSINESS SOLUTIONS,       :
LLC, VALENTIN GVOZDEV and
WILLIAM KOPELCHECK,                 :

              Defendants.           :
-----------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that a pretrial conference has been scheduled in the above-captioned action on **WEDNESDAY, JUNE 3, 2009, at 3:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
**      May 22, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Charles H. Knull, Esq.
Sarah Kickam, Esq.
Ullman, Shapiro & Ullman, LLP
299 Broadway, Suite 1700
New York, NY 10007

Martin Joseph Murray, Esq.
Law Offices of Martin J. Murray
475 Park Avenue South, 25th Floor
New York, NY 10016